Case 1:06-cr-00138-AWI   Document 35   Filed 06/22/2007   Page 1 of 2

McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000



FILED
JUN 2 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAGDEEP SINGH SIDHU, et al., ) <br> ) <br> Defendants. ) <br> ) | No. 1:06-cr-00138 AWI <br><br> MOTION AND ORDER TO DISMISS <br> INDICTMENT AS TO DEFENDANT <br> MANJIT SINGH SIDHU |

The United States, by and through its undersigned counsel, hereby moves to dismiss, with prejudice, the Indictment in this case as to defendant Manjit Singh Sidhu, in the interests of justice.

Dated: June 22, 2007              Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  UNITED STATES ATTORNEY

                                  By:_____/s/_____
                                     MARK E. CULLERS
                                     Assistant United States Attorney

1

1  IT IS SO ORDERED.

2
3  DATE:   6-21-07

                                    _____
                                    Hon. Anthony W. Ishii
                                    U.S. District Judge