FILED

JUL 25 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>        Plaintiffs,           )<br>                              )<br>    vs.                       )<br>                              )<br> MANJIT SINGH SIDHU,          )<br>        Defendant.            )<br>_____) | No. CR-F-06-138-AWI<br><br>ORDER EXONERATING BOND |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

(X) The defendant's passport is ordered returned:

( ) The property bond posted is exonerated and reconveyed:

( ) The cash bond posted is exonerated and the money returned to the surety.

DATED: 7-23-07

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1